IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CASE NO.: 12 – 4170

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| APPELLEE, ) | |
| ) | STATUS REPORT |
| V. ) | |
| ) | |
| SHI BIN DING, ) | |
| ) | |
| APPELLANT. ) | |

    NOW COMES counsel for Appellant, Shi Bin Dong, and shows the Court that to the best of his knowledge and belief, Appellant's (*Anders*) Brief, the transcript of the Change of Plea Hearing, the Transcript of the Sentencing Hearing and the Certificate of Service of the *Anders* Brief, translated from English to Mandarin Chinese, were delivered via electronic mail to undersigned counsel on or about August 13, 2012 and immediately forwarded via U.S. Mail to the Appellant. Counsel has received no response from Appellant.

    This the 4th day of September, 2012.

                                                  s/ Charles L. White
                                                  Charles L. White
                                                  Attorney for Appellant
                                                  Post Office Box 9518
                                                  Greensboro, North Carolina  27429
                                                  (336) 378-2746 - Telephone
                                                  N.C. Bar No. 9521
                                                  cleroy@mindspring.com

Certificate of Service

I hereby certify that on September 4, 2012, the foregoing Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Any other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 4th day of September, 2012

>s/ Charles L White
Charles L. White
Attorney at Law
P.O. Box 9518
Greensboro, NC  27429
(336) 378-2746 - Telephone
State Bar No. 9521
cleroy@mindspring.com